# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HANSEL D. WILLIAMS,**

    **Plaintiff,**

**-vs-**                  **Case No. 6:06-cv-669-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 21)**
>
> **FILED:**   March 2, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Commissioner of Social Security requests that this matter be reversed and remanded to the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g) for the following reasons:

> A consultative ophthalmologic examination will be conducted, and a medical source statement obtained regarding the functional limitations resulting from Plaintiff's diabetic retinopathy. A consultative psychological examination will be obtained as well. In addition, a supplemental hearing will be held, at which testimony will be obtained from a vocational expert.

Doc. No. 21. Plaintiff Hansel D. Williams does not oppose the motion. *Id*. The parties have previously consented to my resolution of this case pursuant to 28 U.S.C. § 636(c). Doc. Nos. 9, 11.

Based on the foregoing, it is **ORDERED** that the decision of the Commissioner is **REVERSED** and the case is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further proceedings. The Clerk of Court is directed to enter judgment consistent with this Order and, thereafter, to close the file.

**DONE** and **ORDERED** in Orlando, Florida on March 5, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties