**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HANSEL D. WILLIAMS,**

            **Plaintiff,**

**-vs-**                                              **Case No. 6:06-cv-669-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

            **Defendant.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) (Doc. No. 24)
>
> **FILED:** June 4, 2007
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Hansel Williams, seeks an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on March 6, 2007. Doc. No. 20. An award of fees is, therefore, ripe for consideration.

Williams's attorney seeks $4,551.96 in attorney's fees for 28 hours of work performed in 2006 and 2007. Doc. No. 24-3. The EAJA sets a ceiling of $125.00 on the hourly rate for which attorneys may be compensated under the statute, which courts may adjust upward based on changes in the

Consumer Price Index (CPI). 28 U.S.C. § 2412(d)(2)(A). Williams has presented an analysis of changes in the CPI that supports adjustment of the rate in this case to $162.57 per hour for work performed in 2006. "Since the amount of the cost of living was not obtained for 2007, the same EAJA hourly rate for 2006 will be used for 2007." Doc. No. 24-2 at 3. This rate leads to an award of $4,551.96 for 28 hours of work performed in this case. The defendant, the Commissioner of Social Security, has not filed an opposition to this motion, and the time for doing so has passed. Accordingly, I consider the motion to be unopposed. After reviewing the papers submitted by Williams, I find that the fees requested are appropriate in the absence of objection.

It is, therefore, **ORDERED** that Williams is awarded $4,551.96 in attorney's fees. Williams submitted a document entitled "Assignment of EAJA Fee," by which he assigns his right to fees under the EAJA to his attorney, Shea Fugate, Esq. Doc. No. 24-4. Based on this assignment, and at Williams' request, payment shall be made directly to Williams' attorney of record.

**DONE** and **ORDERED** in Orlando, Florida on July 5, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties